**Order entered October 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00606-CR

### JT WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F-1676083-Y

## ORDER

The State's motion to extend time to file its brief is **GRANTED**. The State's brief is deemed **FILED** October 14, 2019.

/s/     DAVID L. BRIDGES
PRESIDING JUSTICE